UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Camden)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2018-0784

**Powers Kirn, LLC**
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Freedom Mortgage Corporation

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael P. Pieson

Case No.:  18-30238-ABA

Chapter:  13

Hearing Date: 02/11/2019 at 10:00am

Judge:  Honorable Andrew B. Altenburg, Jr.

| Recommended Local Form: | ☒ Followed | ☐ Modified |
| --- | --- | --- |

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorneys for Freedom Mortgage Corporation ("Freedom") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒  Real property more fully described as 4 Coventry Circle East, Marlton, NJ 08053.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 18-30238-ABA
Michael P. Pieson                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Feb 11, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db              +Michael P. Pieson,     4 Coventry Circle East,    Marlton, NJ 08053-2856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
        Andrew B. Finberg    on behalf of Debtor Michael P. Pieson andy@sjbankruptcylaw.com,
         abfecf@gmail.com;finbergar39848@notify.bestcase.com
        Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
         BNCmail@w-legal.com
        Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC Njecfmail@mwc-law.com,
         ftarlecki.kashlaw@gmail.com
        Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
         zangerle@ZangerleLaw.comcastbiz.net
        George C. Greatrex, Jr.    on behalf of Creditor    Oak Hollow Condominium Association
         ggreatrex@sgglawfirm.com,  kmuchler@verizon.net
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         NJ_ECF_Notices@McCalla.com
        Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         phillip.raymond@mccalla.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
                                                                                       TOTAL: 14