Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–30238–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael P. Pieson
4 Coventry Circle East
Marlton, NJ 08053

Social Security No.:
xxx–xx–6517

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/11/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 11, 2019
JAN: bc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                           Case No. 18-30238-ABA
Michael P. Pieson                                                Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 3       Date Rcvd: Apr 11, 2019
                              Form ID: 148             Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db             +Michael P. Pieson,    4 Coventry Circle East,    Marlton, NJ 08053-2856
cr              Kings Grant Open Space Association,    Marlton, NJ  08053
cr              Oak Hollow Condominium Association,    c/o Target Property Management,
                 2215 Old Marlton Pike East,   Suite A,    Marlton, NJ  08053
cr             +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    11 Broadway, Suite 615,
                 New York, NY 10004-1490
517806880     #+Burlington Anesthesia Assoc.,    120 Madison Avenue,    Mount Holly, NJ 08060-2031
517806883      +Central Credit Services, LLC,    9550 Regency Square Blvd.,    Suite 500A,
                 Jacksonville, FL 32225-8169
517806884       Central Credit Services, LLC,    200 Corporate Hills Drive,    Saint Charles, MO 63301
517806886      +ChaseHealthAdvance,    Attn: Bankruptcy,   1717 Hermitage Blvd Ste 101,
                 Tallahassee, FL 32308-7709
517806887      +Citibank/Goodyear,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517806888      +Citibank/RadioShack,    Centralized Bankruptcy,   Po Box 790034,    St Louis, MO 63179-0034
517806889      +Citibank/Sears,    Centralized Bankruptcy,   Po Box 790034,    St Louis, MO 63179-0034
517806891      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517806897      +DSRM Nat Bank/Valero,    Attn: Bankruptcy,   Po Box 696000,    San Antonio, TX 78269-6000
517806898      +Eyecare Phys. & Surgeons of NJ,    73 S. Main Street,    Medford, NJ 08055-2430
517806904     ++FROST ARNETT,    BANKRUPTCY DEPARTMENT,   PO BOX 198988,    NASHVILLE TN 37219-8988
                (address filed with court: Frost Arnett,     P.O. Box 198988,    Nashville, TN 37219)
517806905     ++FROST ARNETT,    BANKRUPTCY DEPARTMENT,   PO BOX 198988,    NASHVILLE TN 37219-8988
                (address filed with court: Frost-Arnett,     Attn: Bankruptcy,    Po Box 198988,
                 Nashville, TN 37219)
517806900      +Financial Recoveries,    200 E Park Dr., Ste. 100,    Mount Laurel, NJ 08054-1297
517806899      +Financial Recoveries,    Attn: Bankruptcy,   Po Box 1388,    Mount Laurel, NJ 08054-7388
517806901      +First Progress,    Po Box 84010,   Columbus, GA 31908-4010
517806902      +Freedom Mortgage,    c/o Powers Kirn, LLC,   728 Marne Highway,    Suite 200,
                 Moorestown, NJ 08057-3128
517897124      +Freedom Mortgage Corporation,    Freedom Mortgage,    10500 Kincaid Drive- Attn: BK Dept.,
                 Fishers, IN 46037-9764
517806903      +Freedom Mortgage Corporation,    Attn: Bankruptcy,    Po Box 50428,    Indianapolis, IN 46250-0401
517806906      +G. L. A. Collection Company,    Attn: Bankruptcy,    Po Box 588,   Greensburg, IN 47240-0588
517806907      +GreenSky Credit,    Attn: Bankruptcy,   Po Box 29429,    Atlanta, GA 30359-0429
517909541      +Greensky, LLC,    PO Box 71215,   Charlotte, NC 28272-1215
517806908      +Higher Education Student Assistance Auth,    Hesaa Servicing/Attn: Bankruptcy,    Po Box 548,
                 Trenton, NJ 08625-0548
517806910      +Kings Grant Open Space Association,    50 Landings Drive,    Marlton, NJ 08053-2832
517806911      +Kings Grant Open Space Association,    c/o Gary J. Zangerle, Esquire,    505 South Lenola Road,
                 Suite 201,   Moorestown, NJ 08057-1594
517806913      +LoanCare LLC,    3637 Sentara Way,   Virginia Beach, VA 23452-4262
517806914      +Lourdes Cardiology Services,    63 Kresson Road Suite 101,    Cherry Hill, NJ 08034-3200
517806915     #+Momentum Solar,    325 High Street,   Metuchen, NJ 08840-2236
517806916      +Mortgage Service Center/PHH Mortgage,    Attn: Bankruptcy Department,    Po Box 5452,
                 Mount Laurel, NJ 08054-5452
517806917      +Mr. Cooper,    Attn: Bankruptcy,   8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517840655      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517806918       Oak Hollow Condominium Association,    2215 Old Marlton Pike East,    Marlton, NJ 08053
517854239      +Oak Hollow Condominium Association,    c/o George C. Greatrex, Jr., Esquire,
                 Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
517806919      +Oak Hollow Condominium Association,    c/o Target Property Management,    P.O. Box 60995,
                 Phoenix, AZ 85082-0995
517929486      +PNC Bank, N.A.,    PO Box 94982,   Cleveland, OH 44101-4982
517806923       Penn Credit,    916 S 14th St.,   PO Box 988,    Harrisburg, PA 17108-0988
517806924       Pennsylvania Hospital,    PO Box 757435,   Philadelphia, PA 19175-7435
517839316      +Pro Custom Solar,LLC,    d/b/a Momentum Solar,    Franklin Barbosa Jr.,    220 Park Avenue,
                 Florham Park, NJ 07932-1047
517806925     #+Relievus,    1030 N. Kings Highway,    Suite 200,    Cherry Hill, NJ 08034-1907
517806926      +Remex Inc,    Attn: Bankruptcy,   307 Wall St.,    Princeton, NJ 08540-1515
517806928     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695)
517806927       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517806929      +Suntrust Bank/GreenSky,    Attn: Bankruptcy,   Po Box 29429,    Atlanta, GA 30359-0429
517806930      +Svcd By Clfs,    6150 Omnipark Drive,   Mobile, AL 36609-5195
518127822      +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
518129872      +TD Bank, NA,    Attn Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
517806936       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517806935      +Target,    Attn: Payment Disputes,    Mailstop 2201, PO Box 26907,    Tempe, AZ 85285-6907
517806938      +Univ of Penn Health System,    c/o Penn Credit,    916 S 14th Street,    P.O. Box 988,
                 Harrisburg, PA 17108-0988
```

```
District/off: 0312-1           User: admin                Page 2 of 3                   Date Rcvd: Apr 11, 2019
                               Form ID: 148               Total Noticed: 88


517806942      +Wf/home Pr,   Attn: Bankruptcy,   Po Box 51193,   Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517806875      +EDI: CINGMIDLAND.COM Apr 12 2019 03:28:00     AT&T Mobility,   P.O. Box 6463,
                 Carol Stream, IL 60197-6463
517920434      +EDI: CINGMIDLAND.COM Apr 12 2019 03:28:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
517806876       EDI: BANKAMER.COM Apr 12 2019 03:28:00     Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                 El Paso, TX 79998
517806879       E-mail/Text: bankruptcy@bbandt.com Apr 12 2019 00:09:18     BB&T,   Attn: Bankruptcy,
                 Po Box 1847,   Wilson, NC 27894
517806877      +EDI: TSYS2.COM Apr 12 2019 03:28:00     Barclays Bank Delaware,   Attn: Correspondence,
                 Po Box 8801,   Wilmington, DE 19899-8801
517806878      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 12 2019 00:10:28
                 Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
517806881      +EDI: CAPITALONE.COM Apr 12 2019 03:28:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517806882      +EDI: CAPITALONE.COM Apr 12 2019 03:28:00     Capital One Na,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517855546       EDI: CAPITALONE.COM Apr 12 2019 03:28:00     Capital One, N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517806885      +EDI: CHASE.COM Apr 12 2019 03:28:00     Chase Card Services,   Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
517806890      +EDI: CITICORP.COM Apr 12 2019 03:28:00     Citibank/Sears,   Attn: Bankruptcy,   Po Box 6275,
                 Sioux Falls, SD 57117-6275
517806892      +EDI: WFNNB.COM Apr 12 2019 03:28:00     Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
517806893      +EDI: WFNNB.COM Apr 12 2019 03:28:00     Comenitycapital/boscov,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
517806894      +EDI: WFNNB.COM Apr 12 2019 03:28:00     Comenitycapital/lndclb,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
517806895      +EDI: RCSFNBMARIN.COM Apr 12 2019 03:28:00     Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517806896      +EDI: DISCOVER.COM Apr 12 2019 03:28:00     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517806904       E-mail/Text: bankruptcy@frost-arnett.com Apr 12 2019 00:08:41     Frost Arnett,
                 P.O. Box 198988,   Nashville, TN 37219
517806905       E-mail/Text: bankruptcy@frost-arnett.com Apr 12 2019 00:08:41     Frost-Arnett,
                 Attn: Bankruptcy,   Po Box 198988,   Nashville, TN 37219
517806909       EDI: IRS.COM Apr 12 2019 03:28:00     Internal Revenue Service,   Department of the Treasury,
                 P.O. Box 9019,   Holtsville, NY 11742-9019
517806912      +EDI: CBSKOHLS.COM Apr 12 2019 03:28:00     Kohls/Capital One,   Kohls Credit,   Po Box 3120,
                 Milwaukee, WI 53201-3120
517806912      +E-mail/Text: bncnotices@becket-lee.com Apr 12 2019 00:08:52     Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
517915420      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 12 2019 00:10:28
                 Metlife Insurance Company,   c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
517806920      +Fax: 407-737-5634 Apr 12 2019 00:25:30     Ocwen Loan Servicing,   Attn: Research/Bankruptcy,
                 1661 Worthington Rd  Ste 100,   West Palm Beach, FL 33409-6493
517806922      +Fax: 407-737-5634 Apr 12 2019 00:25:30     Ocwen Loan Servicing, LLC.,   Attn: Research Dept,
                 1661 Worthington Rd., Ste 100,   West Palm Beach, FL 33409-6493
517929150       EDI: PRA.COM Apr 12 2019 03:28:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517919744      +E-mail/Text: bncmail@w-legal.com Apr 12 2019 00:10:13     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517806931      +EDI: RMSC.COM Apr 12 2019 03:28:00     Syncb/sync Bank,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
517806932      +EDI: RMSC.COM Apr 12 2019 03:28:00     Synchrony Bank/ JC Penneys,   Attn:  Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
517806933      +EDI: RMSC.COM Apr 12 2019 03:28:00     Synchrony Bank/Amazon,   Attn:  Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
517806934      +EDI: RMSC.COM Apr 12 2019 03:28:00     Synchrony Bank/TJX,   Attn:  Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
517806937       EDI: TDBANKNORTH.COM Apr 12 2019 03:28:00     TD Bank, N.A.,   32 Chestnut Street,
                 Po Box 1377,   Lewiston, ME 04243
517930867      +E-mail/Text: bncmail@w-legal.com Apr 12 2019 00:10:13     USAA Federal Savings Bank,
                 c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
517806940      +EDI: USAA.COM Apr 12 2019 03:28:00     USAA Federal Savings Bank,   Attn: Bankruptcy,
                 10750 Mcdermott Freeway,   San Antonio, TX 78288-1600
517806939      +EDI: USBANKARS.COM Apr 12 2019 03:28:00     Us Bank Home Mortgage,   Attn: Bankruptcy,
                 Po Box 5229,   Cincinnati, OH 45201-5229
517806941      +EDI: WFFC.COM Apr 12 2019 03:28:00     Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,
                 Des Moines, IA 50306-0438
```

```
District/off: 0312-1          User: admin              Page 3 of 3             Date Rcvd: Apr 11, 2019
                              Form ID: 148             Total Noticed: 88

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517908576         EDI: WFFC.COM Apr 12 2019 03:28:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA   50306-0438
                                                                                                TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517839318*       +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517806921*       +Ocwen Loan Servicing, Llc,    Attn: Research/Bankruptcy,   1661 Worthington Road, Suite 100,
                  West Palm Beach, FL 33409-6493
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Michael P. Pieson andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              George C. Greatrex, Jr.    on behalf of Creditor    Oak Hollow Condominium Association
               ggreatrex@sgglawfirm.com, kmuchler@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@McCalla.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
                                                                                                 TOTAL: 14
```