| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

**Order Filed on April 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

MICHAEL P. PIESON

Case No.: 18-30238-ABA

Hearing Date: April 10, 2019   9:00 am

Judge:  Andrew B. Altenburg, Jr.

Chapter: 13

# ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: April 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to provide all required documents to the Trustee

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $1101.60 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-30238-ABA
Michael P. Pieson                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1                Date Rcvd: Apr 11, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db             +Michael P. Pieson,   4 Coventry Circle East,   Marlton, NJ 08053-2856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Michael P. Pieson andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Gary J. Zangerle    on behalf of Creditor    Kings Grant Open Space Association
               zangerle@ZangerleLaw.comcastbiz.net
              George C. Greatrex, Jr.    on behalf of Creditor    Oak Hollow Condominium Association
               ggreatrex@sgglawfirm.com,  kmuchler@verizon.net
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@McCalla.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Freedom Mortgage Corporation ecf@powerskirn.com
                                                                                             TOTAL: 14